UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANIEL STREETER<br><br>Plaintiff,<br><br>V.<br><br>PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY<br><br>Defendant. | CIVIL ACTION NO. 4:24-CV-01384 |

## **STIPULATION OF DISMISSAL OF ALL CLAIMS AND PARTIES**

Pursuant to FRCP 41(a)(1)(ii) it is hereby STIPULATED AND AGREED between Plaintiff DANIEL STREETER and Defendant PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY that this matter has been fully compromised and settled. This dismissal is with prejudice to the refiling of same. All cost of court is taxed against the party incurring same.

Respectfully submitted,

**Daspit Law Firm**

*/s/ Jonathan Webster-signed with Permission by HHK*
**Jonathan Webster**
State Bar No. 24102636
440 Louisiana Street Suit 1400
Houston, Texas 77002
Phone: 713-322-4878
Fax: 713-587-9086
Webster@dapitlaw.com

1

2

**SPRAGUE & BARBER, P.C.**

***/s/ Helen H. Kim***
HELEN H. KIM TBA# 24105671
11111 Katy Freeway, Suite 800
Houston, Texas 77079
Telephone: (713) 647-3130
Facsimile: (888) 941-6832
**EMAIL**: hhk@spraguelawgroup.com
**ATTORNEYS FOR DEFENDANT**
**PROGRESSIVE COUNTY MUTUAL**
**INSURANCE COMPANY**

CERTIFICATE OF SERVICE

This stipulation was agreed to and served on all parties on October 21, 2024.

***/s/ Helen H. Kim***
HELEN H. KIM